UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDY SCHILLING** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER** |
| **LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT** | : | **JUDGE** |
| | : | **MAGISTRATE JUDGE** |

*************************************************************************

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned Assistant Attorney General, comes defendant, the Louisiana Department of Transportation and Development, who, pursuant to 28 U.S.C. § 1331, respectfully petitions for the removal of this action to this Honorable Court for the following reasons to wit:

1.

On September 25, 2012, Judy Schilling initiated this action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, under the caption *Judy Schilling v. Department of Transportation and Development*, docket number 615,639, Section "23." A copy of Plaintiff's original petition is attached to this Notice of Removal as Exhibit A.

2.

Defendant was served on September 26, 2012.[1]

3.

Plaintiff asserts her entitlement to damages from defendant as a result of alleged violations of the American with Disabilities Act, 42 U.S.C. § 12112, *et seq.*[2]

---

[1] Exhibit B.
[2] Exhibit A, ¶ 6, 8, 14, 16 and 20.

4.

Because Plaintiff's claims arise under federal law, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and, under 28 U.S.C. § 1441(a), removal is proper.

5.

This notice is timely under the provisions of 28 U.S.C. § 1446(b) as it was filed within thirty (30) days of receipt of the petition by defendant of the pleadings from which it became ascertained that the case was removable.

6.

A copy of this Notice of Removal has been served on opposing counsel and filed with the Clerk of Court of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**WHEREFORE,** defendant herein prays that the above action, now pending against the Department of Public Safety & Corrections in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana be removed.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

BY:   /s/ *Margaret A. Collier*
**MARGARET A. COLLIER (33790)
ASSISTANT ATTORNEY GENERALS
DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone:   225-326-6300
Facsimile:   225-326-6495
E-Mail Address:  crawfordma@ag.state.la.us

2

## CERTIFICATE OF SERVICE

    **I CERTIFY** I have served the foregoing **NOTICE OF REMOVAL,** has been served on the plaintiff's counsel by electronic notification by CM/ECF on October 19, 2012.

Judy Schilling
through her Attorney of Record:
J. Arthur Smith, III
Smith Law Firm
830 North Street
Baton Rouge, LA 70802

                                                  */s/ Margaret A. Collier*
                                                      Margaret A. Collier