UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY SCHILLING | CIVIL ACTION NO. 3:12-CV-0661 |
| VERSUS | |
| | JUDGE SHELLY DICK |
| LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT | MAG. JUDGE RIEDLINGER |

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Judy Schilling, respectfully requesting that the attached additional jury instructions be provided to the jury.

**RESPECTFULLY SUBMITTED:**

/s/J. Arthur Smith, III
**J. ARTHUR SMITH, III**
La. Bar Roll No. 07730
**ADRIENNE D. RACHEL**
La. Bar Roll No. 34391
**SMITH LAW FIRM**
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
E-mail: jasmith@jarthursmith.com
E-mail: arachel@jarthursmith.com
**COUNSEL FOR PLAINTIFF**

# PROPOSED JURY CHARGE NO. 24

Both the EEOC Regulations and its Technical Assistance Manual sets out a problem-solving approach for the employer to follow in determining an appropriate accommodation. The employer should:

(1) Ascertain the particular job's purpose and essential functions;

(2) Consult with the individual to determine his or her specific abilities and limitations as they pertain to the essential job functions;

(3) Identify, with the individual, potential accommodations and examine each accommodation's effectiveness in enabling the individual to perform the job's essential functions; and

(4) Consider the individual's preference and select the accommodation that is most appropriate for both the individual and the employer.