# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY SCHILLING** | **CIVIL ACTION NO. 3:12-CV-0661** |
| **VERSUS** | |
| | **JUDGE SHELLY DICK** |
| **LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT** | **MAG. JUDGE RIEDLINGER** |

## PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Judy Schilling, respectfully requesting that the attached additional jury instructions be provided to the jury.

Respectfully submitted:

/s/J. Arthur Smith, III
**J. ARTHUR SMITH, III**
La. Bar Roll No. 07730
**ADRIENNE D. RACHEL**
La. Bar Roll No. 34391
**SMITH LAW FIRM**
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
E-mail: jasmith@jarthursmith.com
E-mail: arachel@jarthursmith.com
*Counsel for Plaintiff*

# PROPOSED JURY CHARGE NO. 25

A reasonable accommodation may include modifications or adjustments to the work environment that enable an employee to enjoy equal benefits and privileges of employment as are enjoyed by other similarly situated employees without disabilities. Thus, a modification or adjustment that enables an individual to perform the essential functions of a position is only one of the types of reasonable accommodations under the ADA. Therefore, reasonable accommodations under the ADA are not restricted to modifications that enable performance of essential job functions.

*Feist v. La. Dept. of Justice*, 730 F.3d 450 (5th Cir. 2013).

# PROPOSED JURY CHARGE NO. 26

A meaningful interactive process should involve a dialogue between the employer and employee in which they both communicate with each other with the goal of determining an appropriate reasonable accommodation. More specifically, the process should include consulting with the employee to determine his or her specific limitations, identifying with the employee, potential reasonable accommodations, assessing each potential accommodation, and considering the employee's preference as to the most appropriate accommodation for both employer and employee.

2 Employment Discrimination Law and Litigation § 23:45