**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUDY SCHILLING | CIVIL ACTION |
| VERSUS | |
| LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT | NO. 12-661-SDD-SCR |

## **JUDGMENT**

This matter having been tried before a jury and the jury having rendered a verdict,

**IT IS ORDERED, ADJUDGED, AND DECREED** that *Judgment* is entered in favor of the Defendant, Louisiana Department of Transportation and Development and against Plaintiff, Judy Schilling, and this matter is hereby dismissed.

Baton Rouge, Louisiana, August 15, 2014.

_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**