# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JUDY SCHILLING

VERSUS

LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

CIVIL ACTION

NO. 12-661-SDD-SCR

## JUDGMENT

This matter having been tried before a jury and the jury having rendered a verdict,

**IT IS ORDERED, ADJUDGED, AND DECREED** that *Judgment* is entered in favor of the Defendant, Louisiana Department of Transportation and Development and against Plaintiff, Judy Schilling, and this matter is hereby dismissed.

Baton Rouge, Louisiana, August 15, 2014.

_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**