UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUDY SCHILLING            CIVIL ACTION

VERSUS

LOUISIANA DEPARTMENT OF            NO. 12-661-SDD-SCR
TRANSPORTATION AND
DEVELOPMENT

## VERDICT FORM

1. Did the Department of Transportation and Development intentionally fail to reasonably accommodate Judy Schilling's disabilities?

    YES _____ NO __✓__

    If you answered "YES" please proceed to Question 2. If you answered "NO", please sign and date the form and give it to the marshal.

2. What sum of money would fairly and reasonably compensate Judy Schilling for the damages, if any, you have found the Department of Transportation and Development caused Judy Schilling?

    Physical pain and suffering:      $ _____

    Mental and emotional damages,
    and loss of enjoyment of life:      $ _____

**SO SAY WE ALL.**

_Joseph M. Laura_            8/13/2014
**JURY FOREPERSON**            **DATE**

DM 1916            1