UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JUDY SCHILLING**                    **DOCKET NO. 3:12-CV-0661-SDD-SCR**

**VERSUS**

**LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Judy Schilling, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment signed and entered in this action on August 15, 2014 and the Ruling denying the Plaintiff's Motion to Alter or Amend Judgment or, in the Alternative, Motion for New Trial entered on October 30, 2014.

**RESPECTFULLY SUBMITTED:**

**SMITH LAW FIRM**

/s/J. Arthur Smith III
**J. ARTHUR SMITH, III**
La. Bar Roll No.: 07730
**ADRIENNE D. RACHEL**
La. Bar Roll No.: 34391
830 North Street
Baton Rouge, Louisiana 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
Email: jasmith@jarthursmith.com
Email: arachel@jarthursmith.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court for the United States District Court, Middle District of Louisiana, by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

 Baton Rouge, Louisiana this 26th day of November, 2014.

       /s/ J. Arthur Smith, III
       J. ARTHUR SMITH, III